# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MCGIP, LLC ) | |
| ) | CASE NO.: |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: |
| ) | Magistrate Judge: |
| DOES 1 – 1,164 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2

Plaintiff MCGIP, LLC does not have a parent corporation. Plaintiff's sole member is Allan Mooney. No publicly held company owns 5% or more of Plaintiff's stock.

Respectfully submitted,

MCGIP, LLC

**DATED:** December 1, 2010

By: /s/ John Steele_____
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;  Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*