# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

MCGIP, LLC

                    Plaintiff,

v.                                               Case No.: 1:10−cv−07675

                                                      Honorable William J. Hibbler

Doe, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 8, 2010:

      MINUTE entry before Honorable William J. Hibbler: Motion hearing held on 12/8/2010 regarding motion to expedite [5]. Plaintiff's Motion to expedite [5] is granted as to Doe #1. The balance of the motion is denied. Status hearing to set scheduling order set for 2/2/2011 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.