# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

MCGIP, LLC

                Plaintiff,

v.                                            Case No.: 1:10−cv−07675
                                              Honorable William J. Hibbler

Doe, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 10, 2011:

      MINUTE entry before Honorable William J. Hibbler: Status hearing held on 2/10/2011 and continued to 5/10/2011 at 9:30 AM. The Court allows ex parte discovery on one IP address in the second amended complaint. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.